**Rasheen D. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 103194

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 17, 2016

Kristina S. Olson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Colette E. Neuner, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM

Rasheen Johnson appeals from the judgment denying his Rule 24.035 post-conviction relief motion without an evidentiary hearing claiming that his plea and sentencing counsel provided ineffective assistance of counsel. We find no clear error and affirm since the facts alleged in Movant's post-conviction motion were refuted by the record and Movant cannot show any prejudice resulting from his counsel's actions.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).